POWER COUNTY, IDAHO, a Municipal Corporation, Respondent, v. FIRST STATE BANK OF ROCKLAND et al., Appellants.   (Case No. 4597.)

INDEPENDENT SCHOOL DIST. No. 1 OF POWER COUNTY, Respondent, v. FIRST NATIONAL BANK OF AMERICAN FALLS et al., Appellants. (Case No. 4596.)

CITY OF AMERICAN FALLS, a Municipal Corporation, Respondent, v. EVANS BROTHERS LAND & LIVE STOCK COMPANY, a Corporation, and J. PAUL EVANS, Appellants.   (Case No. 4595.)

(December 20, 1926.)

ON PETITION FOR REHEARING.

T. BAILEY LEE, J.—The petitions for rehearing filed in each of the above-entitled cases are based upon the petition for rehearing filed in *Power County v. First National Bank of American Falls et al.,* Case No. 4598, which was denied in the opinion on rehearing just announced in said case.

It is therefore ordered that the petitions for rehearing in each of the above-entitled cases be denied.

Givens and Taylor, JJ., concur.

Wm. E. Lee, C. J., dissents.